

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __12/4/2019__

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 2, 2019

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Saldivar et al.*, 19 Cr. 612 (ER)

> The December 5 pretrial conference is adjourned to February 7, 2020, at 11:00 AM.
>
> SO ORDERED.   _____
> Edgardo Ramos, U.S.D.J
> Dated: __12/4/2019__
> New York, New York

Dear Judge Ramos:

**MEMO ENDORSED**

The Government respectfully writes in advance of the pretrial conference in the above-referenced case, currently scheduled for Thursday, December 5, 2019, at 10:00 a.m. The Government and defense counsel for both defendants are in active discussions regarding potential pretrial resolutions. Accordingly, the parties respectfully request an adjournment of approximately two months. The parties will notify the Court promptly of any pretrial resolution.

The Government respectfully requests that time between December 5, 2019 and the rescheduled pretrial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the proposed exclusion would be in the interest of justice. The Government understands that defense counsel for both defendants consent to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
Juliana N. Murray
Assistant United States Attorney
(212) 637-2314

cc: Telesforo del Valle, Jr., Esq. (via ECF)
Geoffrey St. Andrew Stewart, Esq. (via ECF)