USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: ___2/6/2020___

# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.      Email: tdvesq@aol.com

Michael J. Sluka     Fax. (212)481-4853
Lawrence D. Minasian

---

**MEMO ENDORSED**

Lucas E. Andino     Leticia Silva
William Cerbone     Legal Assistant
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

February 6, 2020

The Honorable Edgardo Ramos
United States District Judge
United states District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007
-Via ECF-

> The February 7 status conference is adjourned to March 11, 2020, at 3:30 p.m. Speedy trial time is excluded from February 7, 2020, until March 22, 2020, in the interest of justice.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __2/6/2020_____
> New York, New York

        Re:    USA v. Jonathan Saldivar
                19 Cr. 612 (ER)

Dear Judge Ramos,

Our office represents Mr. Jonathan Saldivar in the above captioned matter.

We respectfully request a 30-Day continuance of the scheduled Status Conference for this case. This Status Conference is scheduled for February 7, 2020 at 11:00AM.

The Government has extended a plea agreement and we expect to have a disposition between now and the adjourn date. We consent to have speedy trial excluded between now and the adjourn date.

The Government, by way of A.U.S.A. Juliana Murray, consent to this request for adjournment.

Thank you for your consideration to this matter.

                Respectfully submitted,

                /S/
                Telesforo Del Valle, Jr., Esq.
                Attorney for Jonathan Saldivar,
                Defendant.

Cc:     A.U.S.A. Juliana Murray, Esq.