

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 9, 2020

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The April 15 pretrial conference is adjourned to June 23, 2002, at 11:30 a.m.
> SO ORDERED.
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 4/13/2020
> New York, New York

Re:   *United States v. Saldivar et al.*, 19 Cr. 612 (ER)

Dear Judge Ramos:

    The Government respectfully submits this letter to jointly request that, in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19, the Court adjourn the pretrial conference presently scheduled for April 15, 2020, at 10:00 a.m., to a date and time convenient to the Court on or after June 15, 2020.

    The Government respectfully requests that time between April 15, 2020 and the rescheduled pretrial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the proposed exclusion would be in the interest of justice. The Government understands that defense counsel consents to this request.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By: _____
    Juliana N. Murray
    Assistant United States Attorney
    (212) 637-2314

cc: Telesforo del Valle, Jr., Esq. (via ECF)