# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian
———

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853
———

Leticia Silva
Legal Assistant

> The August 7 change of plea hearing is adjourned to September 17, 2020, at 11:00 a.m.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __August 6, 2020__
> New York, New York

August 5, 2020

The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
-Via ECF-

**MEMO ENDORSED**

Re:   USA v. Jonathan Saldivar
      19 Cr. 612 (ER)

Dear Judge Ramos,

Our office represents Mr. Jonathan Saldivar in the above referenced matter, which is scheduled for a Change of Plea on August 7, 2020 at 10:00AM.

I am actually engaged in conducting interviews as a member of the Eastern District of New York, Magistrate Judge Merit Selection Panel.

I respectfully request an adjournment on this matter until a date after September 7th, 2020.

A.U.S.A. Juliana Murray consents to this request.

Thank you for your consideration.

Respectfully submitted,

_S/Telesforo Del Valle Jr._
Telesforo Del Valle Jr., Esq.
Attorney for Defendant,
Jonathan Saldivar

Cc: AUSA Juliana Murray, Esq.