# *Del Valle & Associates*

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian
___

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

___

Leticia Silva
Legal Assistant

**MEMO ENDORSED**

November 10, 2020

The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
 Thurgood Marshall
 United States Courthouse
 40 Foley Square
 New York, NY 10007
-Via ECF-

> The application is ___ granted
>      X  denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __11/12/2020__
> New York, New York

          Re:    USA v. Jonathan Saldivar
                    19 Cr. 612 (ER)

Dear Judge Ramos,

    Our office represents Mr. Jonathan Saldivar in the above referenced matter.

    On July 31, 2019, Mr. Saldivar was released on a $50,000.00 Personal Recognizance Bond, secured by two financially responsible persons. As part of his bail conditions, Mr. Saldivar has travel restricted to the Southern and Eastern Districts of New York, and the Eastern District of Pennsylvania, with Pretrial Supervision, among other conditions of release.

    On September 19, 2020, Mr. Saldivar entered a plea of guilty to Count One on the Indictment.

    Mr. Saldivar respectfully requests permission to visit his mother for one (1) week in the Dominican Republic, from December 2nd to December 10th. The reason for his visit is to see his mother before he has to do time in prison. Mr. Saldivar has not seen his mother in over one (1) year, and she does not have a visa to come see him in New York.

    We'd also like to respectfully request the temporary return of his passport.

    U. S. Pretrial Services Officer Marlon Ovalles takes no position, but states the following about his compliance:

> He has reported via web each Tuesday since the date of his release without missing a date. Prior to the pandemic, he was reporting in-person - twice per

month and also never missed an office visit.  He has been drug tested, at random, on 7 occasions from 8/1/19 to 2/11/20, and all results have been negative.  He maintained stable employment from the date of his release up the pandemic and continues to seek employment.  Lastly, he has not had any contact with law enforcement since the date of his release.

Should this request be granted, we will provide Pretrial Services with all the information on the flights, and the information on his stay with his mother (address and phone numbers).

A.U.S.A. Juliana Murray opposes this request.

Thank you for your consideration.

Respectfully submitted,

S/Telesforo Del Valle Jr.
Telesforo Del Valle Jr., Esq.
Attorney for Defendant,
Jonathan Saldivar

Cc.   A.U.S.A. Juliana Murray, Esq.