# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.　　　　　　　　　　　　　　　　　　　　　　　Email: tdvesq@aol.com

Michael J. Sluka　　　　　　　　　　　　　　　　　　　　　　　　　　Fax. (212)481-4853
Lawrence D. Minasian

Lucas E. Andino　　　　　　　**MEMO ENDORSED**　　　　　　　　Leticia Silva
William Cerbone　　　　　　　　　　　　　　　　　　　　　　　　　　Legal Assistant
Luis N. Colon
Hon. Robert A. Sackett
　of counsel

April 30, 2021

The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
-Via ECF-

　　　　　　　　　　　　　　　　Re:　USA v. Jonathan Saldivar
　　　　　　　　　　　　　　　　　　　19 Cr. 612 (ER)

Dear Judge Ramos,

　　Our office represents Mr. Jonathan Saldivar in the above captioned matter.

　　Mr. Jonathan Saldivar is due to surrender to his BOP designation on Tuesday, May 4, 2021 to serve his sentence. Mr. Saldivar has not received his designation, yet.

　　We'd like to respectfully request a 45-Day extension to his surrender date to allow sufficient time for his designation to be processed.

　　U.S. Pretrial Services Officer Marlon Ovalles and the Government, by way of A.U.S.A. Juliana Murray, consent to this request.

　　Thank you for your consideration to this matter.

Defendant's request for an extension of time is granted. Defendant's surrender date is hereby rescheduled to June 18, 2021.

It is SO ORDERED.　　_____
　　　　　　　　　　　　Edgardo Ramos, U.S.D.J.
　　　　　　　　　　　　Dated: __04/30/2021__
　　　　　　　　　　　　New York, New York

Respectfully submitted,

S/Telesforo Del Valle Jr.
Telesforo Del Valle Jr., Esq.
Attorney for Defendant,
Jonathan Saldivar

Cc:　A.U.S.A. Juliana Murray, Esq.