# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

———

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

———

Leticia Silva
Legal Assistant

> The defendant's surrender date is hereby extended to August 17, 2021.
> SO ORDERED.
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __6/16/2021__
> New York, New York

June 15, 2021

The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
-Via ECF-

**MEMO ENDORSED**

Re: USA v. Jonathan Saldivar
19 Cr. 612 (ER)

Dear Judge Ramos,

Our office represents Mr. Jonathan Saldivar in the above captioned matter.

Mr. Jonathan Saldivar is due to surrender to his BOP designation on June 18, 2021, to serve his sentence.

Mr. Saldivar has not received his designation, yet. We'd like to respectfully request a 60-Day extension to his surrender date to allow sufficient time for his designation to be processed.

U.S. Pretrial Services Officer Marlon Ovalles and the Government, by way of A.U.S.A. Juliana Murray, consent to this request.

Thank you for your consideration to this matter.

Respectfully submitted,

S/Telesforo Del Valle Jr.
Telesforo Del Valle Jr., Esq.
Attorney for Defendant,
Jonathan Saldivar

Cc:  A.U.S.A. Juliana Murray, Esq.
     U.S. Pretrial Services Office Marlon Ovalles